Case 2:13-cv-01371-KJN Document 1 Filed 07/10/13 Page 1 of 5



**FILED**

JUL 10 2013

CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY _a/l_
    DEPUTY CLERK

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

DAVID MICHAEL CAPENHURST
(Name of Plaintiff)
Am-4096  J-212  D.V.I
(Address of Plaintiff)
PO Box 600 Tracy CA 95378-0600

2:13-CV-1371 AC (PC)
(Case Number)

vs.

CITY OF VALLEJO, ET, AL

(Names of Defendants)

COMPLAINT
SECTION 1983
Complaint And Demand
For Jury Trial

I. Previous Lawsuits:

    A. Have you brought any other lawsuits while a prisoner: ☐ Yes ☒ No

    B. If your answer to A is yes, how many?: _____ Describe the lawsuit in the space below. (If there is more than one lawsuit, describe the additional lawsuits on another piece of paper using the same outline.)

        1. Parties to this previous lawsuit:

        Plaintiff _____

        Defendants _____

<u>FORM TO BE USED BY A PRISONER IN FILING A COMPLAINT
UNDER THE CIVIL RIGHTS ACT, 42 U.S.C. § 1983</u>

Rev'd 5/99

9

2. Court (if Federal Court, give name of District: if State Court, give name of County)

   _____

3. Docket Number _____

4. Name of judge to whom case was assigned _____

5. Disposition (For example: Was the case dismissed? Was it appealed? Is it still pending?)

   _____

6. Approximate date of filing lawsuit _____

7. Approximate date of disposition _____

II. Exhaustion of Administrative Remedies

   A. Is there a grievance procedure available at your institution? N/A ☒ Yes ☐ No

   B. Have you filed a grievance concerning the facts relating to this complaint?
      ☐ Yes ☒ No
      If your answer is no, explain why not _____
      _____

   C. Is the grievance process completed? ☐ Yes ☒ No

III. Defendants

   (In Item A below, place the full name of the defendant in the first blank, his/her official position in the second blank, and his/her place of employment in the third blank. Use item B for the names, positions and places of employment of any additional defendants.)

   A. Defendant STEVEN FOWLER is employed as VALLEJO POLICE OFFICER at VALLEJO POLICE DEPARTMENT

   B. Additional defendants ERIC JENSEN VALLEJO POLICE OFFICER AT VALLEJO POLICE DEPARTMENT
   _____
   _____
   _____

10

IV. Statement of Claim

(State here as briefly as possible the facts of your case. Describe how each defendant is involved, including dates and places. Do not give any legal arguments or cite any cases or statutes. Attach extra sheets if necessary.)

VALLEJO POLICE OFFICER STEVEN FOWLER STRUCK ME IN THE HEAD WHILE I WAS HANDCUFFED CAUSING 5 STAPLES IN THE HEAD WHILE ERIC JENSEN WATCHED

V. Relief.

(State briefly exactly what you want the court to do for you. Make no legal arguments. Cite no cases or statutes.)

PROSACUTE BOTH POLICE OFFICERS STEVEN FOWLER #619 AND ERIC JENSEN #574 AND PAY FOR ALL MY MEDICAL BILLS AND PAIN AND SUFFERING

Signed this _1_ day of _JULY_, ~~19~~ 2013.

_____
(Signature of Plaintiff)

I declare under penalty of perjury that the foregoing is true and correct.

_____    _____
(Date)                              (Signature of Plaintiff)

11

DAVID MICHAEL CAPENHURST
DEUEL VOCATIONAL INSTITUTION
CDC#AM-4096, HOUSING#J-212
P.O. BOX 600
TRACY, CA 95378-0600

In Pro Se

FILED
JUL 10 2013
CLERK, U.S. DISTRICT COURT
EASTERN DISTRICT OF CALIFORNIA
BY_____
DEPUTY CLERK

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

DAVID MICHAEL CAPENHURST,

    Plaintiff,

vs.

CITY OF VALLEJO, et., al.,

    Defendant

Case No. 2:13-CV-1371 AC (PC)

**Section 1983 Complaint
And Demand For Jury Trial**

## STATEMENT OF CLAIMS

On September 14, 2011, subsequent to being placed in handcuffs by Defendant Vallejo Police Officer Steven Fowler #619 and while lying in a prone position, Plaintiff was lifted to his feet by Defendant Fowler and Defendant Vallejo Police Officer Eric Jensen #574, struck plaintiff in the head with hard object similar to a flashlight or baton and the Plaintiff fell to floor. Defendant Jensen stepped on the Plaintiff's chest making it hard for him to breathe for several seconds, while he laid handcuffed on the floor and while Defendant Fowler failed to intercede. The Plaintiff received 5 staples in his head to shut the deep laceration in his head that resulted from being struck in the head by Defendant Vallejo Police Officer Eric Jensen #574.

Plaintiff was incarcerated in the Solano County Detention Center's Medical Unit in November 2011 and he met several prisoner's who claimed to have been subjected to excessive force by Vallejo Police Officer's and plaintiff will be seeking damages for Monell Claims due to the City of Vallejo having a longstanding practice, policy or custom of allowing individual police officers to use excessive force.

At all times mentioned defendants Vallejo Police Officers Eric Jensen and Steven Fowler were employed by the City of Vallejo and/or the Vallejo Police Department as Police Officers and they acted under the color of state law.

**RELIEF**

Plaintiff is seeking compensatory and punitive damages. He is also seeking a jury trial. Therefore, Plaintiff will be requesting that the court allow him to litigate his claims under federal law.

I declare under the penalty of perjury that the foregoing is true and correct.

Date 7-1-13

_____
Declarant