**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY: FURAH Z. FARUQUI**
Deputy City Attorney, SBN 233083
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA 94590
Tel:   (707) 648-4545
Fax:   (707) 648-4687

Attorneys for Defendants, CITY OF VALLEJO, STEVEN FOWLER AND ERIC JENSEN

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DAVID MICHAEL CAPENHURST,<br><br>Plaintiff,<br><br>vs.<br><br>CITY OF VALLEJO, STEVEN FOWLER,<br>and ERIC JENSEN,<br><br>Defendants. | Case No. 2:13-CV-01371-LKK-AC<br><br>**STIPULATION FOR DISMISSAL** |

**IT IS HEREBY STIPULATED** by and between the parties to this action through their designated counsel that this action be and is hereby dismissed with prejudice pursuant to FRCP 41(a)(2). The Parties shall bear their own costs and attorneys' fees in connection with this lawsuit and the negotiation and preparation of this Agreement.

//
//
//
//

1 | DATED: June 3, 2014

/s/ Furah Z. Faruqui
FURAH Z. FARUQUI
Deputy City Attorney
Attorney for Defendants,
CITY OF VALLEJO, STEVEN FOWLER
AND ERIC JENSEN

DATED: 6-5-14

[signature]
DAVID MICHAEL CAPENHURST
Plaintiff, In Pro Per