**CLAUDIA M. QUINTANA**
City Attorney, SBN 178613
**BY:  FURAH Z. FARUQUI**
Deputy City Attorney, SBN 233083
**CITY OF VALLEJO**, City Hall
555 Santa Clara Street, P.O. Box 3068
Vallejo, CA  94590
Tel:     (707) 648-4545
Fax:    (707) 648-4687

Attorneys for Defendants, CITY OF VALLEJO, STEVEN FOWLER AND ERIC JENSEN

## UNITED STATES DISTRICT COURT

## EASTERN DISTRICT OF CALIFORNIA, SACRAMENTO DIVISION

| | |
|---|---|
| DAVID MICHAEL CAPENHURST,<br><br>             Plaintiff,<br><br>     vs.<br><br>CITY OF VALLEJO, STEVEN FOWLER, and ERIC JENSEN,<br><br>             Defendants. | Case No.  2:13-CV-01371-LKK-AC<br><br>**ORDER RE: STIPULATION FOR DISMISSAL** |

**IT IS HEREBY ORDERED** that this action be and is hereby dismissed with prejudice pursuant to FRCP 41(a)(2).

DATED:  June 20, 2014.

_____
LAWRENCE K. KARLTON
SENIOR JUDGE
UNITED STATES DISTRICT COURT

---

Case No. 2:13-CV-01371-LKK-AC                           [PROPOSED] ORDER RE: STIPULATION FOR DISMISSAL

-1-